RUN DATE:07-JUL-2004 PAYMENT HISTORY Inquiry G

Page: 2

FOR: 1999Z00697 / 001

COURT NUMBER: 0-1205JMR/FLN
DEBTOR: Mohrmann, Carol J.
COLLECTION TYPE: WA
CURRENT BALANCE: $1,856.61

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0045 | PMNT | 09-JUN-2003 | OT | G | ISD #993 | MN /3/171 | 150350 | $165.84 | 09-JUN-2003 |
| 0046 | PMNT | 24-JUN-2003 | OT | G | independent schoold | MN /3/181 | 150538 | $165.84 | 24-JUN-2003 |
| 0047 | PMNT | 10-SEP-2003 | GR | G | ISD #993 | MN /3/233 | 150824 | $165.84 | 10-SEP-2003 |
| 0048 | PMNT | 23-SEP-2003 | GR | G | ISD #993 | MN /3/242 | 150952 | $165.84 | 23-SEP-2003 |
| 0049 | PMNT | 09-OCT-2003 | GR | G | ISD #993 | MN /04/007 | 150980 | $165.84 | 09-OCT-2003 |
| 0051 | PMNT | 23-OCT-2003 | GR | G | ISD #993 | MN /04/016 | 151147 | $165.84 | 23-OCT-2003 |
| 0052 | PMNT | 07-NOV-2003 | GR | G | ISD #993 | MN /04/027 | 151179 | $165.84 | 07-NOV-2003 |
| 0053 | PMNT | 24-NOV-2003 | GR | G | ISD #993 | MN /04/039 | 151345 | $165.84 | 24-NOV-2003 |
| 0054 | PMNT | 09-DEC-2003 | GR | G | ISD #993 | MN /04/050 | 151442 | $165.84 | 09-DEC-2003 |
| 0056 | PMNT | 19-DEC-2003 | GR | G | ISD #993 | MN /04/059 | 151458 | $165.84 | 19-DEC-2003 |
| 0057 | PMNT | 08-JAN-2004 | GR | G | ISD #993 | MN /04/070 | 151605 | $165.84 | 08-JAN-2004 |
| 0058 | PMNT | 22-JAN-2004 | GR | G | ISD #993 | MN /04/079 | 151728 | $165.84 | 22-JAN-2004 |
| 0059 | PMNT | 11-FEB-2004 | GR | G | Mohrmann | MN /04/094 | 151773 | $165.84 | 11-FEB-2004 |
| 0060 | PMNT | 25-FEB-2004 | GR | G | ISD No. 993 | MN /04/104 | 151925 | $165.84 | 25-FEB-2004 |
| 0061 | PMNT | 08-MAR-2004 | GR | G | IDS #993 | MN /04/111 | 151972 | $165.84 | 08-MAR-2004 |
| 0062 | PMNT | 25-MAR-2004 | GR | G | ISD #993 | MN /04/124 | 152113 | $165.84 | 25-MAR-2004 |
| 0063 | PMNT | 09-APR-2004 | GR | G | Independant School | MN /04/135 | 152147 | $165.84 | 09-APR-2004 |
| 0069 | PMNT | 23-APR-2004 | GR | G | Independent | MN /04/145 | 152308 | $165.84 | 23-APR-2004 |
| 0070 | PMNT | 11-MAY-2004 | GR | G | ISD #993 | MN /04/157 | 152357 | $165.84 | 11-MAY-2004 |
| 0071 | PMNT | 20-MAY-2004 | GR | G | ISD #993 | MN /04/164 | 152475 | $165.84 | 20-MAY-2004 |
| 0072 | PMNT | 09-JUN-2004 | GR | G | ISD #993 | MN /04/176 | 152599 | $165.84 | 09-JUN-2004 |
| 0073 | PMNT | 24-JUN-2004 | GR | G | ISD #993 | MN /04/186 | 152622 | $165.84 | 24-JUN-2004 |
| 0074 | PMNT | 29-JUN-2004 | GR | G | ISD #993 | MN /04/189 | 152637 | $663.36 | 29-JUN-2004 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: $9,431.43