PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 30-DEC-2004 FOR: 1999Z00697/001 PAGE: 1 OF 4

DEBTOR: Mohrmann, Carol J.

COURT NUMBER: 0-1205JMR/FLN PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0021 | PMNT | WA | 03-JUN-2002 | OT/G | ISD #993 | MN /2/162 | 47501 | $165.84 | 03-JUN-2002 | $9,052.28 |
| 0022 | PMNT | WA | 03-JUN-2002 | OT/G | ISD #993 | MN /2/162 | 47544 | $165.84 | 03-JUN-2002 | $8,886.44 |
| 0023 | PMNT | WA | 03-JUN-2002 | OT/G | ISD # 993 | MN /2/162 | 47721 | $165.84 | 03-JUN-2002 | $8,720.60 |
| 0024 | PMNT | WA | 06-JUN-2002 | OT/G | ISD #993 | MN /2/165 | 47757 | $165.84 | 06-JUN-2002 | $8,559.23 |
| 0025 | PMNT | WA | 20-JUN-2002 | OT/G | ISD NO. 993 | MN /2/174 | 047944 | $165.84 | 20-JUN-2002 | $8,413.88 |
| 0026 | PMNT | WA | 06-SEP-2002 | OT/G | ISD #933 | MN /2/226 | 148418 | $165.84 | 06-SEP-2002 | $8,360.26 |
| 0027 | PMNT | WA | 24-SEP-2002 | OT/G | ISD #993 | MN /2/238 | 148559 | $165.84 | 24-SEP-2002 | $8,220.15 |
| 0028 | PMNT | WA | 09-OCT-2002 | OT/G | ISD #993 | MN /3/007 | 148601 | $165.84 | 09-OCT-2002 | $8,075.39 |
| 0030 | PMNT | WA | 29-OCT-2002 | OT/G | ISD #993 | MN /3/021 | 148772 | $165.84 | 29-OCT-2002 | $7,937.19 |
| 0031 | PMNT | WA | 07-NOV-2002 | OT/G | Independent School | MN /3/028 | 148817 | $165.84 | 07-NOV-2002 | $7,783.56 |
| 0032 | PMNT | WA | 22-NOV-2002 | OT/G | ISD # 993 | MN /3/038 | 149034 | $165.84 | 22-NOV-2002 | $7,637.68 |
| 0033 | PMNT | WA | 06-DEC-2002 | OT/G | ISD #993 | MN /3/047 | 149071 | $165.84 | 06-DEC-2002 | $7,490.12 |
| 0034 | PMNT | WA | 19-DEC-2002 | OT/G | ISD #993 | MN /3/055 | 149222 | $165.84 | 19-DEC-2002 | $7,340.93 |
| 0035 | PMNT | WA | 08-JAN-2003 | OT/G | ISD #993 | MN /3/067 | 149268 | $165.84 | 08-JAN-2003 | $7,200.19 |
| 0036 | PMNT | WA | 28-JAN-2003 | OT/G | IDS No. 993 | MN /3/080 | 149423 | $165.84 | 28-JAN-2003 | $7,058.97 |
| 0037 | PMNT | WA | 07-FEB-2003 | OT/G | ISD #993 | MN /3/088 | 149487 | $165.84 | 07-FEB-2003 | $6,905.20 |
| 0038 | PMNT | WA | 24-FEB-2003 | OT/G | ISD No. 993 | MN /3/098 | 149664 | $165.84 | 24-FEB-2003 | $6,759.43 |
| 0039 | PMNT | WA | 07-MAR-2003 | OT/G | ISD No. 993 | MN /3/109 | 149717 | $165.84 | 07-MAR-2003 | $6,606.30 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0040 | PMNT | WA | 21-MAR-2003 | OT/G | ISD #993 | MN | /3/118 | 149885 | $165.84 | 21-MAR-2003 | $6,456.27 |
| 0041 | PMNT | WA | 09-APR-2003 | OT/G | ISD #993 | MN | /3/130 | 149939 | $165.84 | 09-APR-2003 | $6,311.40 |
| 0042 | PMNT | WA | 24-APR-2003 | OT/G | ISD #993 | MN | /3/141 | 150084 | $165.84 | 24-APR-2003 | $6,161.75 |
| 0043 | PMNT | WA | 09-MAY-2003 | OT/Y | independent school | MN | /3/151 | 150139 | $165.84 | 09-MAY-2003 | $6,011.71 |
| 0044 | PMNT | WA | 23-MAY-2003 | OT/G | ISD #993 | MN | /3/161 | 150289 | $165.84 | 23-MAY-2003 | $5,860.26 |
| 0045 | PMNT | WA | 09-JUN-2003 | OT/G | ISD #993 | MN | /3/171 | 150350 | $165.84 | 09-JUN-2003 | $5,711.45 |
| 0046 | PMNT | WA | 24-JUN-2003 | OT/G | independent schoold | MN | /3/181 | 150538 | $165.84 | 24-JUN-2003 | $5,560.26 |
| 0047 | PMNT | WA | 10-SEP-2003 | GR/G | ISD #993 | MN | /3/233 | 150824 | $165.84 | 10-SEP-2003 | $5,468.58 |
| 0048 | PMNT | WA | 23-SEP-2003 | GR/G | ISD #993 | MN | /3/242 | 150952 | $165.84 | 23-SEP-2003 | $5,314.90 |
| 0049 | PMNT | WA | 09-OCT-2003 | GR/G | ISD #993 | MN | /04/007 | 150980 | $165.84 | 09-OCT-2003 | $5,163.60 |
| 0051 | PMNT | WA | 23-OCT-2003 | GR/G | ISD #993 | MN | /04/016 | 151147 | $165.84 | 23-OCT-2003 | $5,010.13 |
| 0052 | PMNT | WA | 07-NOV-2003 | GR/G | ISD #993 | MN | /04/027 | 151179 | $165.84 | 07-NOV-2003 | $4,857.14 |
| 0053 | PMNT | WA | 24-NOV-2003 | GR/G | ISD #993 | MN | /04/039 | 151345 | $165.84 | 24-NOV-2003 | $4,705.42 |
| 0054 | PMNT | WA | 09-DEC-2003 | GR/G | ISD #993 | MN | /04/050 | 151442 | $165.84 | 09-DEC-2003 | $4,551.65 |
| 0056 | PMNT | WA | 19-DEC-2003 | GR/G | ISD #993 | MN | /04/059 | 151458 | $165.84 | 19-DEC-2003 | $4,393.59 |
| 0057 | PMNT | WA | 08-JAN-2004 | GR/G | ISD #993 | MN | /04/070 | 151605 | $165.84 | 08-JAN-2004 | $4,242.77 |
| 0058 | PMNT | WA | 22-JAN-2004 | GR/G | ISD #993 | MN | /04/079 | 151728 | $165.84 | 22-JAN-2004 | $4,087.09 |
| 0059 | PMNT | WA | 11-FEB-2004 | GR/G | Mohrmann | MN | /04/094 | 151773 | $165.84 | 11-FEB-2004 | $3,935.19 |
| 0060 | PMNT | WA | 25-FEB-2004 | GR/G | ISD No. 993 | MN | /04/104 | 151925 | $165.84 | 25-FEB-2004 | $3,778.74 |
| 0061 | PMNT | WA | 08-MAR-2004 | GR/G | IDS #993 | MN | /04/111 | 151972 | $165.84 | 08-MAR-2004 | $3,620.63 |
| 0062 | PMNT | WA | 25-MAR-2004 | GR/G | ISD #993 | MN | /04/124 | 152113 | $165.84 | 25-MAR-2004 | $3,465.29 |
| 0063 | PMNT | WA | 09-APR-2004 | GR/G | Independant School | MN | /04/135 | 152147 | $165.84 | 09-APR-2004 | $3,308.31 |
| 0069 | PMNT | WA | 23-APR-2004 | GR/G | Independent | MN | /04/145 | 152308 | $165.84 | 23-APR-2004 | $3,150.40 |
| 0070 | PMNT | WA | 11-MAY-2004 | GR/G | ISD #993 | MN | /04/157 | 152357 | $165.84 | 11-MAY-2004 | $2,994.23 |
| 0071 | PMNT | WA | 20-MAY-2004 | GR/G | ISD #993 | MN | /04/164 | 152475 | $165.84 | 20-MAY-2004 | $2,832.99 |
| 0072 | PMNT | WA | 09-JUN-2004 | GR/G | ISD #993 | MN | /04/176 | 152599 | $165.84 | 09-JUN-2004 | $2,676.81 |
| 0073 | PMNT | WA | 24-JUN-2004 | GR/G | ISD #993 | MN | /04/186 | 152622 | $165.84 | 24-JUN-2004 | $2,517.82 |
| 0074 | PMNT | WA | 29-JUN-2004 | GR/G | ISD #993 | MN | /04/189 | 152637 | $663.36 | 29-JUN-2004 | $1,856.61 |
| 0075 | PMNT | WA | 10-SEP-2004 | GR/G | ISD #993 | MN | /04/243 | 153006 | $165.84 | 10-SEP-2004 | $1,713.88 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0076 | PMNT | WA | 23-SEP-2004 | GR/G | ISD #993 | MN | /04/252 | 153159 | $165.84 | 23-SEP-2004 | $1,551.84 |
| 0077 | PMNT | WA | 06-OCT-2004 | GR/G | IDS #993 | MN | /05/004 | 153189 | $165.84 | 06-OCT-2004 | $1,389.44 |
| 0079 | PMNT | WA | 21-OCT-2004 | GR/G | ISD #993 | MN | /05/014 | 153367 | $165.84 | 21-OCT-2004 | $1,227.15 |
| 0080 | PMNT | WA | 05-NOV-2004 | GR/G | ISD #993 | MN | /05/023 | 153421 | $165.84 | 05-NOV-2004 | $1,064.45 |
| 0081 | PMNT | WA | 23-NOV-2004 | GR/G | ISD #993 | MN | /05/033 | 153555 | $165.84 | 23-NOV-2004 | $901.88 |
| 0082 | PMNT | WA | 22-NOV-2004 | TV/B | | | | TOP | $XXX.XX | 30-NOV-2004 | $442.83 |
| 0084 | PMNT | WA | 29-NOV-2004 | TV/B | | | | TOP | $XXX.XX | 02-DEC-2004 | $206.55 |
| 0085 | PMNT | WA | 08-DEC-2004 | GR/G | ISD #993 | MN | /05/043 | 153592 | $165.84 | 08-DEC-2004 | $41.03 |

Total Payments for Debtor: $11,286.86