CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
) Civil No. 00-1205 JMR/FLN
)
CAROL J. MOHRMANN, )
)
Defendant. )

I hereby certify that on 1/7/05, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Minnesota River Valley Special Ed. Coop.
Attn: Payroll Representative
100 Hope Avenue
Jordan, MN 55352

Carol J. Mohrmann
XXX XX XXXXX XXXXXX
Belle Plaine, MN 56011

s/ Nancy Lair